16-1420-01 (WG)

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Connecticut

FILED
2016 NOV 2 PM 3 21
U.S. DISTRICT COURT
NEW HAVEN, CT.

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

U.S. Mail, Priority Mail parcel bearing tracking # 9505 5131 7871 6300 0201 02 addressed to "G. Crawford 95 North Third St. Meriden, CT, 06451"

Case No. 3:16MJ561(JGM)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ______ District of Connecticut *(identify the person or describe the property to be searched and give its location)*:
U.S. Mail, Priority Mail parcel bearing tracking # 9505 5131 7871 6300 0201 02 addressed to "G. Crawford 95 North Third St. Meriden, CT, 06451" and bearing a return address of "Ivan Chaidez 2112 Voorhees Ave. Redondo Beach, CA, 90278," presently in the custody of the U.S. Postal Inspection Service, 50 Brewery St., New Haven, CT, 06511.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
evidence of violations of 21 U.S.C. § 841(a)(1) and § 844 to wit: the unlawful possession of a controlled substance

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before November 16, 2016
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Joan G. Margolis.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for ______ days *(not to exceed 30)*.
☐until, the facts justifying, the later specific date of ______.

Date and time issued: 11/2/16, 3:17 p.m. /s/
*Judge's signature*

City and state: New Haven, CT Joan G. Margolis, United States Magistrate Judge
*Printed name and title*